Judge: Timothy W. Dore
Chapter: 13
Hearing Date: November 04, 2015
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101

Response Date: October 28, 2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br>NARCISCO VARONA DEL ROSARIO, JR. AND AMBER LARK DEL ROSARIO,<br>31403 106th Pl SE, Apt #I-2<br>Auburn, WA 98092<br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 15-11606<br><br>NOTICE OF MOTION AND HEARING |

**PLEASE TAKE NOTICE** that the Trustee's Motion for Dismissal **IS SET FOR HEARING** as follow:

Judge: Timothy W. Dore
Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101

Date: November 04, 2015
Time: 9:30 am

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and serve **two (2)** copies on the Chapter 13 Trustee **NOT LATER THAN THE RESPONSE DATE**, which is October 28, 2015.

**IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion, **GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE,** and strike the hearing.

Dated: October 08, 2015

/s/K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA# 8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094 NOTICE OF HEARING

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: November 04, 2015
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle, WA 98101
Response Date: October 28, 2015

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

NARCISCO VARONA DEL ROSARIO, JR. AND
AMBER LARK DEL ROSARIO,

Debtors.

IN CHAPTER 13 PROCEEDING
NO. 15-11606

TRUSTEE'S MOTION
TO DISMISS PLAN

**Comes now,** K. Michael Fitzgerald, Chapter 13 Trustee and moves for the dismissal of the above-encaptioned Chapter 13 Plan on the following grounds:

The confirmed Plan requires annualized payments of $675.00 per month. The plan is now delinquent a total of $825.00 calculated through 10/8/2015.

**Wherefore,** the Chapter 13 Trustee requests the Court dismiss the case.

Dated: October 08, 2015

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA #8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

TRUSTEE'S MOTION TO DISMISS PLAN

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

NARCISCO VARONA DEL ROSARIO, JR.
AND
AMBER LARK DEL ROSARIO,

                Debtors.

IN CHAPTER 13 PROCEEDING
NO. 15-11606

Proposed
ORDER DISMISSING
CHAPTER 13 CASE

**This matter** having come on for hearing upon the Chapter 13 Trustee's Motion to Dismiss Case, proper notice having been given, and the court finding and concluding that the debtors have failed to comply with the provisions of 11 U.S.C. § 1307(c), now, therefore, it is hereby

**Ordered** that this case is dismissed effective on the date of this Order.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM095    ORDER DISMISSING CASE