Entered on Docket November 3, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>NARCISCO DEL ROSARIO, JR. and<br><br>AMBER LARK DEL rOSARIO,<br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 15-11606-TWD<br><br>AGREED ORDER RESOLVING<br>TRUSTEE'S MOTION TO DISMISS<br>CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 25). Based on the agreement of the parties, it is

ORDERED that:

1) The debtors are required to make the plan payment each month for the six month period beginning December, 2015;

2) If the debtors fail to make any plan payment during the six month period, the Trustee may submit an *ex parte* order dismissing this case;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124


Approved:

*/s/ Travis Gagnier*  [approved via email]
Travis Gagnier, WSBA #26379
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 15-11606-TWD    Doc 30    Filed 11/03/15    Ent. 11/03/15 09:43:49    Pg. 2 of 2