Travis A. Gagnier
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234 Fax 941-0476

Judge Timothy W. Dore
CHAPTER 13
Hearing Date: December 16, 2015
Hearing Time: 9:30 a.m.
Response Date: December 9, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>**DEL ROSARIO, Narcisco Varona, Jr. and Amber Lark,**<br><br>Debtors. | No. 15-11606<br><br>**DECLARATION IN SUPPORT OF MOTION TO MODIFY PLAN** |

We, Narcisco and Amber Del Rosario, under the penalty of perjury under the laws of the State of Washington declare that the following is true and correct to the best of our knowledge:

1. We are the Debtors herein.
2. We have decided to surrender the primary residence rather than seek a loan modification with our mortgage lender. We are now modifying our plan in an attempt to successfully complete our case.
3. We request that the Court approve the modified plan.

DATED at Federal Way, Washington this 9th day of November 2015.

/s/ Narcisco Del Rosario, Jr.            /s/ Amber Del Rosario
Narcisco Del Rosario, Jr.                Amber Del Rosario

DECLARATION IN SUPPORT - 1

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

Case 15-11606-TWD    Doc 31-1    Filed 11/09/15    Ent. 11/09/15 16:14:48    Pg. 1 of 1