**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
**253-941-0234 (Main)**
253-927-7117 (Tacoma/Pierce Co.)
253-941-0476 (Fax)

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

November 9, 2015

Case #: 15-11606
Re: Narcisco & Amber Del Rosario

| | | | | |
|---|---|---|---|---|
| Previous Balance | | | | $5,281.57 |

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/16/2015 | SM | Phone call with client re: continuing to pay HOA until the property forecloses. | 125.00 | 0.20 | 25.00 |
| 10/09/2015 | SM | Receive and review Trustee's Motion to Dismiss. Prepare letter to client re: same. | 125.00 | 0.30 | 37.50 |
| 10/14/2015 | SM | Phone call with Amber re: pending dismissal motion. Modify plan to $400 per month. Narcisco is no longer incarcerated but is not working. He is living with his dad and the divorce is almost final. She will forward updated proof of income. | 125.00 | 0.10 | 12.50 |
| 10/28/2015 | SM | Prepare response to pending dismissal motion. Follow up with client re: proof of income. | 125.00 | 0.80 | 100.00 |
| | TAG | Review and respond to trustee's motion to dismiss. | 375.00 | 0.40 | 150.00 |
| 10/29/2015 | SM | Call w/ domestic attorney for Amber and divorce finalization. Evidently, the commissioner in state court wants an order lifting the stay even though both debtors want the divorce to finalize. Ms. to get filing fee into the office for us to file ex parte. Instructions to SM re: same. | 125.00 | 0.50 | 62.50 |
| 10/30/2015 | SM | Work w/ trustee to resolve trustee's motion to dismiss. Resolved motion w/ stipulation requiring strict compliance on future plan payments for at least six months. Advised client of same. | 125.00 | 0.40 | 50.00 |
| 11/02/2015 | SM | Prepare letter to client re: dismissal results. Also requested updated proof of income to modify plan. | 125.00 | 0.30 | 37.50 |
| 11/09/2015 | SM | Prepare Motion and Order to Modify Plan and Declaration in Support. Prepare fee itemization re: same. | 125.00 | 1.10 | 137.50 |
| | TAG | Review and finalize Motion to Modify. Amend I and J. File with Court. | 375.00 | 0.80 | 300.00 |
| | | For Current Services Rendered | | 4.90 | 912.50 |

### Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Senior Attorney -TAG | 1.20 | $375.00 | $450.00 |
| Paralegal (SM/JR/CB) | 3.70 | 125.00 | 462.50 |

| | | |
|---|---|---|
| Narcisco & Amber Del Rosario | | Statement Date: 11/09/2015 |
| Account No. 9660.00 | | Statement No. 19242 |
| RE: Chapter 13 | | Page No. 2 |

<u>Expenses</u>

| | | |
|---|---|---|
| 11/09/2015 | Postage costs - Motion to Modify | 49.35 |
| 11/09/2015 | Copy costs - Motion to Modify | <u>49.00</u> |
| | Total Expenses | 98.35 |
| | Total Current Work | 1,010.85 |
| | Balance Due | <u>$6,292.42</u> |
| | Please Remit | <u>$6,292.42</u> |