Entered on Docket November 13, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

~~Honorable Timothy W. Dore~~
CHAPTER 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | No. 15-11606 |
|---|---|
| DEL ROSARIO, Narcisco and Amber, Debtors. | **STIPULATION AND ORDER TO LIFT THE AUTOMATIC STAY IN ORDER TO FINALIZE DIVORCE/DISSOLUTION** |

## **STIPULATION**

COMES NOW the debtors, Narcisco and Amber Del Rosario, and stipulate to the lifting of the automatic stay provisions of 11 U.S.C. § 362 for the limited purpose of allowing the Debtors to proceed with and finalize their divorce/dissolution proceedings. No other parties will be impacted by the lifting of the stay. The debtors request this relief.

DATED this 10th day of November, 2015.

    /s/ Travis A. Gagnier_____
Travis A. Gagnier, WSBA No. 26379
Attorney for Debtor

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

Case 15-11606-TWD    Doc 36    Filed 11/13/15    Ent. 11/13/15 08:28:50    Pg. 1 of 2

# ORDER

THIS MATTER having come on before the Court on Debtors' Stipulation to lift the automatic stay. Debtors having appeared through their attorney of record, Travis A. Gagnier, and the Court having reviewed the files and records, and being fully advised in the premises hereby orders ~~and finding~~:

1. ~~THAT the debtors requested and stipulate to entry of this order.~~
2. THAT the automatic stay provisions of 11 U.S.C. § 362 are lifted for the limited purpose of allowing Debtors to proceed with and finalize their divorce/dissolution proceedings.

/// END OF ORDER ///

By: /s/ Travis A Gagnier
    Travis A. Gagnier, WSBA No. 26379
    Attorney for Debtors

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234  Fax: 941-0476